

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

R.T.S

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401623 JUL. 02. 2015

RE: WR-83,294-02

DANIEL ROBERT LOCK
CORNELL CORRECTIONS CENTER - TDC # 811059
1511 PRESTON RD
HOUSTON, TX 77002

U T F